[No. 13241.   *En Banc.*   August 14, 1916.]

MAY N. HEUSTON, *Appellant*, v. KING COUNTY *et al.*, *Respondents*.[1]

Appeal from a judgment of the superior court for King county, Jurey, J., entered November 3, 1915, in favor of the defendants, dismissing an action to recover money paid and to secure the reduction of a tax, tried to the court.   Affirmed.

*T. W. Hammond* and *E. R. York*, for appellant.
*Alfred H. Lundin* and *Edwin C. Ewing*, for respondents.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein as reported in 90 Wash. 200, 155 Pac. 773, and for the reasons there stated, the judgment is affirmed.

————  ·  ——————

[No. 12726.   *En Banc.*   August 14, 1916.]

FOBES SUPPLY COMPANY, *Respondent*, v. ROBERT G. KENDRICK, *Appellant*.[2]

Appeal from a judgment of the superior court for King county, Mackintosh, J., entered January 2, 1915, in favor of the plaintiff, notwithstanding the failure of the jury to agree, in an action for conversion.   Reversed.

*Miller & Lysons*, for appellant.
*Peters & Powell*, for respondent.

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein as reported in 88 Wash. 284, 152 Pac. 1028, and for the reasons there stated, the judgment is reversed and the cause remanded for a new trial.

[1]Reported in 159 Pac. 696.
[2]Reported in 159 Pac. 700.